ACCEPTED
04-15-00507-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/24/2015 1:13:35 PM
KEITH HOTTLE
CLERK

## No. 04-15-00507-CV

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/24/2015 1:13:35 PM

KEITH E. HOTTLE
Clerk

ESTATE OF SHIRLEY L. BENSON;

THOMAS MILTON BENSON
AS TRUSTEE OF THE
SHIRLEY L. BENSON TESTAMENTARY TRUST,
*Appellant*,

v.

RENEE BENSON,
*Appellee*.

Appeal from Probate Court No. 2, Dallas County, Texas,
Trial Court Cause 155,572 & 155,572-A

UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant, Thomas Milton Benson, as Trustee of the Shirley L. Benson Testamentary Trust, respectfully files this unopposed first motion for extension of time to file his appellant's brief.

1. The present deadline for filing the brief is September 24, 2015.

2. Appellant seeks a 30-day extension, until October 26, 2015, in which to file his brief.

3. This is Appellant's first request for an extension of time to file his brief.

4. This motion is unopposed.

5.      The following grounds provide "good cause" for extending the time to file the brief.

Lead counsel, David Beck, has been and continues to be engaged in other litigation with imminent deadlines that will prevent him from completing the brief before the present deadline, including, but not limited to, the following:

- Preparation for trial in No. 4:13-cv-02906; *Exxon Mobil Corporation v. FX Networks, LLC, et al*; In the United States District Court for the Southern District of Texas, Houston Division.  The pretrial conference was held on September 1, 2015.

- Preparation for hearing in No. 4:09-CV-03884; *Yoseff Cohen, et al. v. Oscar S. Wyatt, Jr. et al.*; In the United States District Court for the Southern District of Texas, Houston Division.  The hearing was held on September 17, 2015.

- Preparation for hearing on motion to dismiss in No. 416-04639-2014; *Hasmukh Patel v. Kirit Patel;* In the 416th Judicial District Court of Collin County, Texas. The hearing was originally scheduled for September 18, 2015 (rescheduled).

- Preparation for hearing on multiple motions and trial in No. 2009-60726, *Exxon Mobile Corporation v. Trade Exploration Corp., et al.,* In the 189th Judicial District Court of Harris County, Texas. The hearing originally scheduled for September 11, 2015, but was rescheduled by court for September 25, 2015.

- Preparation for trial in No. 4:13-cv-02532; *The City of Houston, Texas v. Xerox State and Local Solutions, Inc., a/k/a and f/k/a ACS State and Local Solutions, Inc.*; In the United States District Court for the Southern District of Texas, Houston Division.  The pretrial conference is set for October 8, 2015, and trial begins on October 13, 2015.

Additionally, appellate counsel, Russell Post, has been and continues to be engaged in other litigation with imminent deadlines that will prevent him from completing the brief before the present deadline, including, but not limited to, the following:

- Preparation for presentation of oral argument in No. 13-0961; *Occidental Chemical Corporation v. Jason Jenkins*; In the Texas Supreme Court. Oral argument was held on September 3, 2015.

- Preparation of brief of appellee in 15-20030; *Environment Texas Citizen Lobby, Inc., et al. v. ExxonMobil Corporation, et al.*; In the United States Court of Appeals for the Fifth Circuit. The brief was filed on September 10, 2015, after two extensions.

- Assistance with preparation of reply brief in No. 05-14-01383-CV; *Enterprise Products Partners, L.P., et al. v. Energy Transfer Partners, L.P.*; In the Fifth Court of Appeals. The reply brief was filed on September 18, 2015, after two extensions.

- Preparation for presentation of oral argument in No. 15-0146; *Doris Forte, O.D., et al. v. Wal-Mart Stores, Incorporated*; In the Texas Supreme Court. The argument was held on September 23, 2015, in Austin, Texas.

- Preparation of brief of appellant in No. 03-15-00248-CV; *Brigham Exploration Company, et al v. Raymond Boytim, et al.;* In the Third Court of Appeals. The brief is due to be filed on or before September 29, 2015, after two extensions.

- Preparation of jury charge and trial in No. 2013-61098; *Scott D. Martin and SKM Partnership, Ltd. v. Andrews Kurth LLP*; In the 234th Judicial District Court of Harris County, Texas. The jury charge is due on September 28, and the trial begins on October 5, 2015.

- Preparation of brief of appellee in No. 01-15-00306-CV; *Hercules Offshore Services, LLC, et al. v. George True Tillman*; In the First Court of Appeals. The brief is due to be filed on or before October 14, 2015.

- Preparation for presentation of oral argument in No. 05-14-01148-CV; *Greenwood Motor Lines, Inc., et al. v. Bobbie Bush*; In the Fifth Court of Appeals. Oral argument is scheduled for October 20, 2015, in Dallas, Texas.

6.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the brief.

For these reasons, Appellant requests that this Court grant an extension of time to file his brief until October 26, 2015.

Respectfully submitted,

BECK REDDEN LLP

By:  /s/ *David J. Beck*
          David J. Beck
          State Bar No. 00000070
          dbeck@beckredden.com
          Russell S. Post
          State Bar No. 00797258
          rpost@beckredden.com
          Troy Ford
          State Bar No. 24032181
          tford@beckredden.com
          Owen J. McGovern
          State Bar No. 24092804
          omcgovern@beckredden.com
    1221 McKinney, Suite 4500
    Houston, TX  77010
    (713) 951-3700
    (713) 951-3720 (Fax)

    ***Attorneys for Appellant***

**CERTIFICATE OF CONFERENCE**

I certify that my office conferred with Counsel for Appellee, and Appellee does not oppose the requested extension.

/s/ David J. Beck
David J. Beck

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, a true and correct copy of the above and foregoing motion was forwarded to all counsel of record by the Electronic Filing Service Provider as follows:

| | |
|---|---|
| Bennett L. Stahl | Harriet O'Neill |
| CURL STAHL GEIS | LAW OFFICE OF HARRIET O'NEILL, P.C. |
| 700 N. St. Mary's St., Suite 1800 | 919 Congress Ave., Suite 1400 |
| San Antonio, TX 78205 | Austin, TX 78701 |
| blstahl@csg-law.com | honeill@harrietoneilllaw.com |
| | |
| Emily Harrison Liljenwall | Douglas Alexander |
| SCHOENBAUM, CURPHY & SCANLAN, P.C. | ALEXANDER, DUBOSE, JEFFERSON & TOWNSEND LLP |
| 112 E. Pecan, Suite 3000 | 515 Congress Ave., Suite 2350 |
| San Antonio, TX 78205 | Austin, TX 78701 |
| eliljenwall@scs-law.com | dalexander@adjtlaw.com |

*Attorneys for Appellee Renee Benson*

| | |
|---|---|
| Ellen B. Mitchell | Steven R. Brook |
| DYKEMA COX SMITH | Langley & Banack, Inc. |
| 112 E. Pecan St., Suite 1800 | 745 E. Mulberry, Ste. 900 |
| San Antonio, TX 78205 | San Antonio, TX 78212 |
| emitchell@dykema.com | sbrook@langleybanack.com |
| | |
| *Attorneys for Co-Receiver* | *Attorneys for Co-Receiver* |
| *Phil Hardberger* | *Arthur H. Bayern* |

/s/ David J. Beck
David J. Beck

5